**Opinion issued April 19, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00478-CR

————————————

**JENNIFER AMI RENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 208th District Court
Harris County, Texas
Trial Court Case No. 1538542

## MEMORANDUM OPINION

On August 25, 2021, the trial court sentenced appellant, Jennifer Ami Reno, to 2 years in the Institutional Division of the Texas Department of Criminal Justice for the third-degree felony offense of forgery of a governmental financial instrument. On August 30, 2021, appellant filed a notice of appeal. On September 24, 2021,

appellant timely filed a motion for new trial. The clerk's record contains an order showing that the trial court granted appellant's motion for new trial. The granting of a motion for new trial restores the case to its position before the former trial. *See* TEX. R. APP P. 21.9(b). The appeal was rendered moot by the order granting a new trial. *See id.*

Accordingly, we dismiss the appeal as moot and for lack of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).